```
1  SCOTT N. CAMERON
   Attorney at Law
2  1007 7th Street, Suite 319
   Sacramento, California 95814
3  Telephone: (916) 442-5230

4  Attorney for:
   MADELINE C. MILLER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:10-CR-043 LKK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING** |
| | ) | **EVIDENTIARY HEARING ON MOTION TO** |
| v. | ) | **SUPPRESS EVIDENCE AND EXCLUDING** |
| | ) | **TIME** |
| MADELINE C. MILLER and | ) | |
| STEPHEN G. MILLER, | ) | |
| | ) | DATE: September 14, 2011 |
| Defendant. | ) | TIME: 10:00 a.m. |
| _____ | ) | COURT: Hon. Lawrence K. Karlton |

The parties stipulate, through undersigned counsel, that the evidentiary hearing on defendants' joint motion to suppress evidence may be continued to November 17, 2011, at 10:00 a.m. All briefing has been completed.

The government has provided defense counsel with plea agreements for each defendant. The parties are attempting to settle this case prior to the evidentiary hearing on the motion to suppress. The attorneys for each defendant need the additional time to meet with their respective client to review the revised plea agreement.

Accordingly the parties believe that the continuance should be excluded from the calculation of time under the Speedy Trial Act pursuant to 19 U.S.C. § 3161(h)(1)(D) and Local Code E. Furthermore,

-1-

the additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence, as well as to ensure continuity of defense counsel. 18 U.S.C. § 3161 (h)(7)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A).

The parties have authorized the defense attorney for Madeline Miller to sign on their behalf.

DATED: September 7, 2011         BENJAMIN B. WAGNER
                                 United States Attorney


                         by    /s/ Scott N. Cameron, for
                               Jill Thomas
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

DATED: September 7, 2011

                         by    /s/ Scott Cameron
                               Scott N. Cameron
                               Counsel for MADELINE C. MILLER

DATED: September 7, 2011

                         by    /s/ Scott N. Cameron, for
                               Linda Harter
                               Supervising Federal Defender
                               Attorney for Defendant
                               STEPHEN G. MILLER

| | |
|---|---|
| 1 | **ORDER** |

The evidentiary hearing on the defendants' joint motion to suppress evidence in case 10-CR-043 LKK is continued to November 17, 2011, at 10:00 a.m. The Court finds that the additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence, as well as to ensure continuity of defense counsel. 18 U.S.C. § 3161 (h)(7)(B)(iv); Local Code T4. The Court also finds the interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A). Time through November 17, 2011, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Codes E and T4.

IT IS SO ORDERED.

DATED: September 9, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT